AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

EDWARD DAVID,

                  Plaintiff,

v.

SGT. MUSKOFF, *et al.*,

                  Defendants.

JUDGMENT

Case Number: 3:21-cv-00266-LRH-WGC

___    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Complaint is dismissed with prejudice, as amendment would be futile.

    **IT IS FURTHER ORDERED** that this Court certifies that any *in forma pauperis* appeal from this order would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

*CLERK OF COURT*

Date: October 1, 2021 _____

_____
*Signature of Clerk or Deputy Clerk*